FILED by _____

ELECTRONIC

**Oct. 5, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF THE EXTRADITION )
OF )        Misc. No. _____
RAYMOND REGISTE, and )
MEDELINE REGISTE-VAL )
_____ )

# 09-81473-MC-HOPKINS

## COMPLAINT

TO: THE HONORABLE JAMES M. HOPKINS, UNITED STATES MAGISTRATE JUDGE

I, Robert H. Waters, Jr., being duly sworn, depose and state that I am an Assistant United States Attorney for the Southern District of Florida and act for and on behalf of the Government of Netherlands Antilles (the Requesting State) pursuant to Extradition Treaty in force between the United States and the Kingdom of the Netherlands, is covered under Article 11 of the extradition treaty providing for provisional arrest entered into force on June 24, 1980, (the Treaty) with respect to Raymond Registe and Medeline Registe-Val.

In accordance with Title 18, United States Code, Section 3184, I charge, on information and belief, as follows:

1. <u>Foreign charge(s)</u>. The fugitives are duly and legally charged with having committed, in the jurisdiction of the Requesting State, the crime(s) of: with having committed the crimes of Criminal Conspiracy, in violation of Article 146 of the Antillean Criminal Code, Human Smuggling, in violation of Article 203 of the Antillean Criminal Code; and Manslaughter, in violation of Article 300 of the Antillean Criminal Code; in the jurisdiction of Sint Maarten, Netherlands Antilles.

Article(s) 146,203 and 300 of the Treaty provides that a charge for such offense(s) shall serve as the basis for extradition.

2. <u>Foreign arrest warrant</u>. A warrant for the arrest of Raymond Registe was issued on August 6, 2009, by the District Court of the Virgin Islands, Division of St. Thomas and St. John. A warrant for the arrest of Medeline Registe-Val was issued on April 15, 2009, by the criminal court of Sint Maarten, Netherland Antilles.

3. <u>Facts underlying foreign charge(s)</u>. According to an investigation by authorities of the Requesting State, the fugitives organized the human smuggling of twenty-five (25) illegal aliens from Sint Maarten, Netherlands Antilles to St Thomas, U.S. Virgin Islands. Raymond Registe and Medeline Registe-Val organized the transport of the illegal aliens. The vessel hit a reef and sank near Anegada, British Virgin Islands. Only thirteen (13) of the illegal aliens survived the accident.

4. <u>Fugitive's presence in the U.S.</u>   The fugitives, who are within the jurisdiction of this Court, may be found in West Palm Beach, Florida.

5. <u>Fugitive's description</u>. The fugitive, Raymond Registe, a citizen of United States, born on July 22, 1973, is described as follows: Black male, 5' 08", 175 pounds, brown eyes and black hair. Medeline Registe-Val, a citizen of Haiti, born on December 3, 1974, is described as follows: Black female, 5' 06", 130 pounds, brown eyes and black hair.

6. <u>Provisional arrest request</u>.   Article 11 of the Treaty provides for provisional arrest of a fugitive pending receipt of the regular diplomatic request for extradition and accompanying documents.   The government of the Requesting State has formally requested that the fugitives be provisionally arrested for extradition.

7. <u>Extradition request</u>. I am informed through the diplomatic channels or by the Ministry of Justice or the Ministry of Foreign Affairs that the Requesting State will make a regular diplomatic request for extradition of the fugitives in conformity with the Treaty and will present the completed papers upon which the demand for extradition is founded within 60 days, as required by Article 9 of the Treaty.

8. <u>Risk of flight</u>. The likelihood of flight is substantial if the fugitives learns of the request prior to arrest.

Whereupon, your complainant requests:

a. that a warrant be issued pursuant to Title 18, United States Code, Section 3184, for the fugitive's arrest;

b. that the fugitives be brought before this Court and the evidence of criminality be heard;

c. that if, on such hearing, the Court deems the evidence sufficient under the provisions of the Treaty to sustain the charge(s), the Court certify the same to the Secretary of State in order that a warrant may be issued for the surrender of the fugitive to the appropriate authorities of the Requesting State according to the Treaty; and

DATED AT *West Palm Beach, FL*, this *6* day of *October 2009*.

Respectfully submitted,

United States Attorney

by: _____
ROBERT H. WATERS, JR.
Assistant United States Attorney

Sworn to before me this *6* day of October, 2009
AND A WARRANT SHALL ISSUE.

JAMES M. HOPKINS
United States Magistrate Judge

**NEDERLANDSE ANTILLEN**



**OPENBAAR MINISTERIE**
Parket van de Officier van Justitie
Sint Maarten

United States Department of Justice
Office of International affairs
Criminal Division
Attn: mrs. J.H. Friedman
Senior Trial Attorney
10th & Constitution Avenue, N.W.
Washington, D.C. 20005
United States of America

### REQUEST TO THE UNITED STATES FOR THE PROVISIONAL ARREST WITH A VIEW TOWARD EXTRADITION OF Raymond REGISTE

Contact          : M.L.P. Ridderbeks
Ons Kenmerk      : IR 005/2009
Date             : June 22, 2009
Onderwerp        : extradition of R. Registe
Bijlage(n)       : 2 (international arrest warrant + interpol)

Honorable Colleague

Pursuant to article 11 of the Extradition Treaty between the Kingdom of the Netherlands and the United States of America, whereby the Netherlands Antilles as part of the Kingdom of the Netherlands is a party, I hereby request the provisional arrest with a view toward extradition of mr. **Raymond REGISTE** in the United States.

Further, pursuant to Article 17 of the treaty, please seize any items in the fugitive's possession at the time of his arrest that may serve as evidence of the offenses and surrender them at the time of extradition.

Pertinent descriptive information **Raymond REGISTE** is as follows:
Citizenship: American
Date of Birth: July 22, 1973
Place of Birth: the US Virgin Islands

Graag bij correspondentie kenmerk en onderwerp van deze brief vermelden.
Bezoekadres: W.G. Buncamper Road # 33 Philipsburg, Sint Maarten N.A.
Postadres: Postbus 432, Philipsburg, Sint Maarten N.A.
Tel.: (599) 542 2243; Fax: (599) 542 3907

NEDERLANDSE ANTILLEN



**OPENBAAR MINISTERIE**
Parket van de Officier van Justitie
Sint Maarten

Race/Sex: Male
Passport: 048220885 (USA)

**Present location**

Raymond REGISTE was arrested by your U.S. Customs and Border
Protection (CBP). This is confirmed with attached Interpol information dated
June 19, 2009. The precise date en place has not been confirmed jet by
Interpol. If we receive that confirmation we will sent that it through to your
office.

**Statement of the facts:**

On the 19th of January 2009 a boat left Sint Maarten and hid in the direction of
St. Thomas. On board there was a group of (approximately) 25 people, who
were all illegal on St. Maarten. These people came originally from Haiti and
Sri Lanka.

Nearby Anegada (British Virgin Islands) the boat hit a reef. The captain en the
one crewmember left the boat, leaving the other passengers behind. Only 13 of
these passengers survived. The rest of the passengers - among which were
very small children – is still missing. They have most probably drowned.

An international investigation, in which the Dutch Antillian authorities have
cooperated with the BVI authorities as well as with the French authorities, has
started that same week.

The results of the investigations have pointed out that Registe, his wife
Edeline and Williams are part of the organization who has organized this
human smuggling transport. Raymond Registe was staying in Sint Maarten
from the 6th of January 2009. On the 20yh of January he left Sint Maarten and
never returned. His wife, Modeline Registe-Val, and Terrence Austin Williams
have left Sint Maarten on that same day.

Other suspects who have been arrested have mentioned the above named
persons as being involved in this transport, as well as in other transports.

Graag bij correspondentie kenmerk en onderwerp van deze brief vermelden.
Bezoekadres: W.G. Buncamper Road # 33 Philipsburg, Sint Maarten N.A.
Postadres: Postbus 432, Philipsburg, Sint Maarten N.A.
Tel.: (599) 542 2245; Fax: (599) 542 3907

**NEDERLANDSE ANTILLEN**



**OPENBAAR MINISTERIE**
Parket van de Officier van Justitie
Sint Maarten

**Charges and Warrant Information:**

**Raymond REGISTE** is a suspect with the following offense:

1. manslaughter, in violation of article 300 of the Dutch Antilles Criminal Code
   *Art. 300*
   *Any person who intentionally takes another person's life shall be guilty of manslaughter and liable to life imprisonment or to a determinate term of imprisonment not exceeding twenty four years.*

2. human smuggling by a group, in violation of article 203a of the Dutch Antilles Criminal Code
   *Art. 203a*
   *1.        Any person who, with a view to material gain, assists another person in gaining entry to, residing in, or departing from the Netherlands Antilles, or who, with a view to material gain, affords him opportunity, means or information for this purpose, while knowing or having good reason to suppose that this entry or residence is unlawful, shall be liable to a term of imprisonment not exceeding four years or a fine not exceeding NAF. 75,000.—.*
   *2.        A person who, with a view to material gain for himself or another party, either directly or indirectly assists a person in gaining entry to, or residing in a country, not being the Netherlands Antilles, using the Netherlands Antilles as a place of transit, while knowing or having good reason to suppose that this entry or residence is unlawful, shall be punishable for human smuggling and liable to a term of imprisonment not exceeding four years or a fine not exceeding NAF. 75,000.—.*
   *3.        If the offence is committed in the exercise of the offender's profession or office, the offender is liable to a term of imprisonment not exceeding six years, or a fine not exceeding NAF. 100,000,00, and may be disqualified from pursuing the profession or holding the office, and the court may order that its sentence be published.*

Graag bij correspondentie kenmerk en onderwerp van deze brief vermelden.
Bezoekadres: W.G. Buncamper Road # 33 Philipsburg, Sint Maarten N.A.
Postadres: Postbus 432, Philipsburg, Sint Maarten N.A.
Tel.: (599) 542 2243; Fax: (599) 542 3907

NEDERLANDSE ANTILLEN



**OPENBAAR MINISTERIE**
Parket van de Officier van Justitie
Sint Maarten

4.    *If the offence has been committed by a person who has made an occupation or habit of committing this offence, or if the offence has been committed by more than one person, a term of imprisonment not exceeding eight years may be imposed*

3.  taking part of a criminal organisation
**Art. 146**
1.        Taking part in an association, that has as it aim the committing of criminal offences, is punished with imprisonment of no more than five years.
2.        Taking part in any other association that has been forbidden by General Ordinance is punished with imprisonment of no more than six months or a monetary fine of no more than three hundred guilders.
**3.**       with regard to the founders or directors these punishments can be raised with one third.

Based on the charges, M.L.P. Ridderbeks, public prosecutor on Sint Maarten, Netherlands Antilles, issued an international arrest warrant of **Raymond REGISTE** on April 15, 2009.

**Assurances:**

The Netherlands Antilles will submit a formal request for the extradition of **Raymond REGISTE**, supported by the documents required under your law, within the time specified by your law.

Thank you for your assistance in this matter. If you have any questions, please do not hesitate to contact the public prosecutor M.L.P. Ridderbeks (+599 5422243) or the police-officer assigned R. Bos (+599 5428761).

Sincerely,

D.A. Piar
Attorney General of the Netherlands Antilles

On his behalf

T.H.W. Stein
Acting Attorney General

Graag bij correspondentie kenmerk en onderwerp van deze brief vermelden.
Bezoekadres: W.G. Buncamper Road # 33 Philipsburg, Sint Maarten N.A.
Postadres: Postbus 432, Philipsburg, Sint Maarten N.A.
Tel.: (599) 542 2243; Fax: (599) 542 3907



## NEDERLANDSE ANTILLEN PARKET OFFICIER VAN JUSTITIE

## INTERNATIONAL WARRANT FOR PROVISIONAL ARREST

### The PUBLIC PROSECUTOR IN Sint Maarten, Netherlands Antilles

#### ORDERS  THE ARREST of the suspects:

**Raymond Registe**
Born In the US Virgin Islands on July 22, 1973
Address unknown
Passport number 048220865 (USA)

**Medeline Val, married to Raymond Registe**
Born in Haïti on December 3, 1974
Adress unknown
Passport number CG1274309 (Haïti)

**Terrance Austin Williams**
Born on St. Kitts on April 30, 1963
Adress unknown
Passport number R0023714 (St Kitts and Nevis)

Present location of the accused.
This office has received information that the afore mentioned persons are currently staying at
the US Virgin Islands.

They are being accused of the following crimes: human smuggling, being part of a criminal
organization and manslaughter

A brief description of the facts:

On the 19th of Janaury 2009 a boat left Sint Maarten and hid in the direction of St. Thomas.
On board there was a group of (approximately) 25 people, who were all illegal on St. Maarten.
These people came originally from Haiti and Sri Lanka.

Nearby Anegada (British Virgin Islands) the boat hit a reef. The captain en the one
crewmember left the boat, leaving the other passengers behind. Only 13 of these passengers
survived. The rest of the passengers - among which were very small children – is still missing.
They have most probably drowned.

An international investigation, in which the Dutch Antillian authorities have cooperated with the
BVI authorities as well as with the French authorities, has started that same week.

The results of the investigations have pointed out that Registe, his wife Edeline and Williams
are part of the organization who has organized this human smuggling transport. Raymond

Registe was staying in Sint Maarten from the 6th of January 2009. On the 20yh of January he left Sint Maarten and never returned. His wife, Medeline Registe-Vel, and Terrence Austin Williams have left Sint Maarten on that same day.

Other suspects who have been arrested have mentioned the above named persons as being involved in this transport, as well as in other transports.

Applicable articles of the Dutch Antillian Criminal code:
Article 146 (being part of a criminal organization)
Article 203a lid 4 (human smuggling by a group)
Article 300 (manslaughter)

The crimes for which the provisional arrest are requested is not barred by a statute of limitations

A Warrant for the Arrest of this person has been issued on Sint Maarten on **April 15, 2009**

The Public Prosecutor requests any police-officer to provisionally arrest the aforementioned suspects and arraign them immediately before a judicial authority in view of the above mentioned crimes, as this office will seek extradition.

April 15, 2009

M.L.P Ridderbeks
Public Prosecutor of Sint Maarten.

22 06 2009 11:54 FAX                                            002

file copy

## NCB Willemstad

| | |
|---|---|
| **From:** | USNCB - Interpol Washington [dispatch@U3 (GCS.INT)] |
| **Sent:** | Friday, June 19, 2009 3:37 PM |
| **To:** | Willemstad |
| **Cc:** | IPSG |
| **Subject:** | Investigative Correspondence |
| **Importance:** | High |

NCB-Interpol Netherlands Antilles

Our ref no   IP/132-09/OVJ-SXM-rwn

Data received   22-06-2009

PRIORITY:   Urgent

DATE:   19 June 2009

FROM:   Interpol Washington

TO:   Willemstad

CC:   IPSG

OUR REF:   20090408693/SXM

SUBJECT:   Investigative Correspondence


***** FLASH ***** FLASH ***** FLASH *****

Your Ref: IP/132-09/OVJ-SXM-nx

Our Ref: 20090408693

Subject: REGISTE, RAYMOND   DOB: 22 July 1973

Please be advised that the authorities of the U.S. Customs and Border Protection (CBP) have temporarily detained a traveler (U.S. citizen) while transiting from St. Thomas, U.S. Virgin Islands to the continental United States, which appears to match that of the above mentioned (a/m) subject. The travel is a match based on name and date-of-birth (DOB) and may be the fugitive wanted by your authorities. Please note that the subject's detention is temporary only; therefore, your immediate response is required. Should the subject be released from detention, we will notify you of his itinerary/destination.

Please immediately notify us if the subject is still wanted in your country. If so, please provide details of the current charges, the subject's criminal history, and current identification information to include photographs and fingerprints (NIST file format preferable). Please provide any information that may assist U.S. officials in making a determination regarding the subject's identity.

In addition, please immediately notify us of your intentions with regard to provisional arrest and extradition, so that we may advise the appropriate U.S. authorities. If extradition will be sought, please immediately submit a request for provisional arrest, if appropriate, via the channel required, the extradition treaty between Netherlands and the United States.

Additionally, please note that we have determined that there are two individuals with the same names and DOBs with different passport numbers; both born in the U.S. Virgin Islands. CBP officials are also in the process of ascertaining which is possibly an imposter.

We wish to reiterate that U.S. authorities are only able to detain the above subject for a very limited amount of time. We request your most urgent reply and emphasize our continued cooperation in similar matters.

In any reply, please quote our reference case number: 20090408693.

1

22.06 2009 11:53 FAX

Best Regards,
TP Washington

NETHERLANDS ANTILLES



### PUBLIC PROSECUTOR'S SERVICE
Public Prosecutor's Office
Sint Maarten

**United States Attorney's Office, United States Courthouse & Federal Building, St. Thomas, US Virgin Islands.**

*Federal Building & United States Courthouse*
*5500 Veterans Drive, Suite 260*
*Charlotte Amalie*
*St. Thomas, Virgin Islands 00802-6424*
*Voice  (340) 774-5757*
*Fax  (340) 776-3474*
*Version  10 ams_juiriday_per*

| | |
|---|---|
| Contact | M L.P  Ridderbeks |
| Our reference | 005/2009 |
| Your reference | |
| Date | 16 June 2009 |
| Subject | Request for legal assistance in the 'Tortola' investigation |

Dear mister Jones,

The public prosecutor in Sint Maarten, Netherlands Antilles, has the honor to offer my greetings and to request the United States Attorney's Office, United States Courthouse & Federal Building, St. Thomas, US Virgin Islands to do everything that is in their power to assist in this criminal case.

Regarding

- the **Treaty between the Kingdom of the Netherland and United States of America concerning mutual assistance in criminal cases, The Hague, dated September 15th, 1983 and thereupon based extensions and/or additions;**
- the **bilateral Treaty between the United States of America and the Netherlands Antilles;**
- the **importance of the case;**

the facts of the criminal case are as follows;

---

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W.G. Buncamper road # 33 Philipsburg, Sint Maarten N.A
Postal address: P.O. box 432, Philipsburg, Sint Maarten N.A
Tel: (599) 542 2242, Fax: (599) 542 3907

Statement of the facts:

Reason for the investigation:

On 19 January 2009, a boat carrying between 21 and 25 illegal aliens from Haiti and Sri Lanka ran on a reef near Anegada, British Virgin Islands (BVI). There were 13 survivors. The other illegal aliens are missing and have, in all probability, drowned. There were young children among the victims. The boat, by the name of AJADA, departed from Sint Maarten on 19 January, with St. Thomas as its destination.

The authorities in Tortola are currently investigating the criminal offences committed. In cooperation with the BVI and St. Thomas (US Virgin Islands), the Special Task Force Netherlands Antilles and Aruba (RST) carries out a separate investigation into the human smuggling organization responsible for this transport.

## REPORT OF THE INVESTIGATION:

Initial Investigation on Tortola:

Summary of the interviews with rescue workers:

The authorities of the BVI have made a number of copies of the official reports available to the RST investigation team. These included the statements of the rescue workers who saved a number of survivors from the sea. Their statements gave rise to the suspicion that people had died.

Statement of ALRED SMITH:

ALRED SMITH works for the BVI Customs Services. In the morning of 19 January 2009, he went fishing. He pulled two people, a Haitian woman and man wearing life jackets, out of the water. The woman told him that everyone on board had died, including her children. Later that morning he went back looking for survivors or bodies. Two more men were rescued. On the directions of another boat, he went to the sunken vessel (AJADA), of which only the bow was sticking out of the water. He found no one there. On 23 and 25 January 2009 he was asked by telephone whether he could see to it that the Haitians he had picked up went to a man named TIE, who would take them to St. Thomas by boat.

Statement of GEORGE SMITH:

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W.G. Buncamper road = 33 Philipsburg, Sint Maarten N.A
Postal address: P.O. box 432, Philipsburg, Sint Maarten N.A
Tel. (599) 542 2243, Fax (599) 542 3907

GEORGE SMITH stated that he was fishing at a reef near Anegada around 9:30am on 20 January 2009. He first pulled two Haitian men out of the water who were hanging on to a fender. He then rescued two women from a reef in the middle of the ocean. When he was helping one of the women on board, he saw the dead body of a nine or ten-year-old child face down in the water stuck between the reefs. One of the women was shouting "St. Thomas, St. Thomas". He left the body behind and went on searching. He then spotted five men: three Indian looking men and two darkly colored men who were hanging on to the bow of a capsized boat (AJADA). After he delivered the nine survivors to the authorities, he and other boats went back out to search, in particular for the body of the child, which was not retrieved.

Statement of DENNIS VANTHERPOOL

VANTHERPOOL stated that he works with the Immigration Department on Anegada. After the accident had been reported, he went out to the place of the accident by boat. He looked inside the sunken boat several times, but did not find any bodies or people. The days after, no people looking like illegal immigrants reported to him.

Summary of the interviews with the survivors on Tortola:

Around 26 and 29 January 2009, shortly after the disaster, the survivors were interviewed as witnesses on Tortola. Their statements made clear that it is likely that a number of people did not survive the journey. The captain and his helper left the other persons on board to fend for themselves.

Two of them, BONTEMPS and DAUDIER, stated that a certain JOE and his wife were responsible for the transport of the illegal Haitians. Report has it that this JOE lived in a red and white house on Sint Maarten, near a certain restaurant. The houses around this restaurant have been photographed.

Several persons stated that the journey to St. Thomas cost 1,500 dollars per person.

Interviews with witness ALAIN BONTEMPS.

During his interviews, BONTEMPS stated that on 19 January 2009, he was on Sint Maarten awaiting the transport. He also stated he was using a Sint Maarten telephone number at the time, namely: 00599-5804654. On 19 January 2009, around 1:00pm, BONTEMPS received a phone call from the wife of a certain JOE. JOE, a Haitian, supposedly was the organizer of the transport from Sint Maarten to St. Thomas. During this telephone conversation, the woman stated that BONTEMPS should go to JOE's house and where he would be picked up. BONTEMPS had to hand over his telephone with number 00599-5804654 to JOE. He was taken to the boat in a red jeep. He was then transported by boat in the direction of St. Thomas, together with a large group of Haitians and Sri Lankans. The boat was wrecked during this journey.

Interviews with witness ERNEST DAUDIER:

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W. G. Buncamper road = 33 Philipsburg, Sint Maarten N. A.
Postal address: P.O. Box 432, Philipsburg, Sint Maarten N. A
Tel. (599) 542 2243, Fax: (599) 542 3902

During his interviews, DAUDIER stated that he too, had left Sint Maarten for St. Thomas on 19 January 2009 on the boat that was later wrecked. JOE was the organizer of the human smuggling. He knew JOE well and sometimes played domino at his house.

Interview with witness RONY POCHETTE:

POCHETTE stated that he had been picked up by an English-speaking man in a red Hyundai jeep on 19 January 2009, and had been dropped at the boat that would take him to St. Thomas.

Interview with witness JACQUELIN DAVID:

DAVID stated that he and his friends ALAIN and JEAN MARC, together with other illegal aliens from Haiti and Sri Lanka, were to sail from Sint Maarten to St. Thomas on 19 January 2009. This journey had been arranged by JEAN MARC. On the boat, before departure, he had to give 1,500 dollars to a woman. Around 8:00pm, the boat ran into a reef. Subsequently, the captain and his helper left the boat, both wearing life vests. He stated that he had not seen JEAN MARC since.

Interview with witness GUILENE GERNEUS:

GERNEUS stated that she had sailed from Haiti, after which the boat stopped at what she believes was Santo Domingo. A woman named AIDLIEN (phonetic) had come on board, after which GERNEUS paid this woman 1,500 dollars. The final destination was St. Thomas. After the boat had hit the reef, the crew left the boat. An increasing amount of water came into the boat and at some stage she felt the body of a child pushing up against her. The child had drowned.

Interview with MALARVANNAN BALASINGHAM:

BALASINGHAM stated that he, together with four fellow Sir Lankans, had been approached by telephone by an Indian or Sri Lankan man to travel by boat. He had not been in direct contact with the person arranging the transport. After the boat had been wrecked, he held on to a rope in the massive waves for nine hours. He stated that he had not seen two of his fellow countrymen since. He did not think that any of the people who had not been picked up by the rescuers have survived.

Investigation on Sint Maarten:

Investigation into the circumstances on-site:

A Coast Guard employee has instigated an investigation into the circumstances (weather, currents, boat) at the reefs near the island of Anegada. This investigation has given rise to the assumption that it is very unlikely that the persons who are still missing have survived the disaster. The role of the captain and his helper and their responsibilities in that capacity are also mentioned in this official report.

Investigation into the boat AJADA:

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W.G. Buncamper road # 33 Philipsburg, Sint Maarten N.A.
Postal address: P.O. box 432, Philipsburg, Sint Maarten N.A.
Tel. (599) 542 2243; Fax (599) 542 3907

Information from the Port Authorities of Sint Maarten showed that the vessel AJADA was registered in the name of SAGGY WALWYN at the time of the disaster.

### Investigation into SAGGY WALWYN

As a result of the above, a telephone tap was connected to telephone number 599-5235956, used by SAGGY WALWYN.

SAGGY WALWYN was also asked to come in for questioning. He stated that he had only registered the AJADA in his name for a friend and that the AJADA had already been sold in December 2008.

From his telephone conversations and upon interrogation it turned out that SAGGY WALWYN wanted his non-biological granddaughter JOANNE HAYNES to remove the Bill of Sale of the AJADA from her computer.

SAGGY WALWYN and JOANNE HAYNES were arrested on 17 February 2009.

### House searches

A number of searches took place at WALWYN's and HAYNES's houses. At WALWYN's house an address book was found and seized. This book contained many names and telephone numbers, including the numbers from which he was called around 19 January 2009.

### Summary of the interrogations of SAGGY WALWYN:

WALWYN was interrogated several times. He stated that TONY (RAYMOND REGISTE) and DIDIN (MEDELINE REGISTE) were the organizers of the human smuggling activities. TERRY (TERRENCE WILLIAM) was involved in this as well. He did some maintenance work on the AJADA. In addition, NATHAN (SRIBASKARAN SIVANANTHAM) put five Sri Lankans on board the AJADA. A more detailed summary of the interviews can be found below.

### Telephone numbers of the suspects.

WALWYN made statements on telephone numbers and their users. Several of these numbers were also included in his address book that was seized. That is how the telephone numbers used by RAYMOND and MEDELINE REGISTE, TERRENCE WILLIAMS and NATHAN came to light.

### Investigation of the telecom data:

The historical data of several of the telephone numbers, which were requested with the permission of the public prosecutor, showed that from 7 January 2009, telephone number 5547924 used by RAYMOND and MEDELINE REGISTE, contacted the telephone numbers of several of the illegal Haitians transported on 19 January 2009. This number also contacted telephone number 5548649, which was used by TERRENE WILLIAMS and the numbers 5801715 and 5555205, used by SAGGY WALWYN.

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W.G. Buncamper road # 33 Philipsburg, Sint Maarten N.A.
Postal address: P.O. box 432, Phipsburg, Sint Maarten N.A
Tel: (599) 542 2243, Fax (599) 542 3907

Telephone number 5801715, used by OLNORD JAQUET, also contacted these illegal aliens. NATHAN contacted the telephone numbers of TERRENCE WILLIAMS and SAGGY WALWYN. The scheme below makes clear who contacted whom between 6 and 20 January 2009



[vluchtelingen = refugees]

DAUDIER, POCHETTE, JEAN MARC, BONTEMPS and "ST. THOMAS", which probably refers to the witness J. DAVID, were all illegal Haitians transported on 19 January 2009.

<u>Investigation into "JOE":</u>

Investigation showed that the name JOE refers to OLNORD JAQUET.

OLNORD JAQUET was arrested on 3 March 2009. His house was searched immediately after his arrest. The following items were found during this search.

4 Haitian passports hidden under a mattress.
A telephone with number 00599-5804654, previously used by survivor ALAIN BONTEMPS.

OLNORD JAQUET kept denying that he had anything to do with human smuggling activities

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W.G. Buncamper road # 33 Philipsburg, Sint Maarten N.A.
Postal address: P.O. box 432 Philipsburg, Sint Maarten N.A.
Tel: (599) 542 2243; Fax: (599) 542 3907

Investigation into the identity of the other suspects:

The investigation team investigated the organizers of the human smuggling. The following emerged:

The name TONY or RAYMOND REGIS refers to RAYMOND REGISTE
The name DIDIN or AIDLIEN refers to MEDELINE REGISTE-VAL.

It emerged that RAYMOND REGISTE rented a red "jeep" style Hyundai Terios from a company called Rolex on Sint Maarten on 18 January 2009, for a period of two days. Both BONTEMPS and POCHETTE stated that they had been taken to the boat in a red "jeep": BONTEMPS by a woman and POCHETTE by a man. WALWYN also stated that that he had seen TONY and DIDIN in a red "jeep" rented from the Rolex company. On 6 January, RAYMOND and MEDELINE REGISTE arrived on Sint Maarten from St Thomas, and returned to St. Thomas on 20 January 2009. This was shown by data from the Sint Maarten Immigration Department. The suspect WALWYN identified the photograph on MEDELINE REGISTE's identity card as DIDIN.

The name TERRY or TALLBOY refers to TERRENCE WILLIAMS.

Flight information of LIAT airline showed that TERRENCE WILLIAMS arrived on Sint Maarten from St. Kitts on 13 January 2009, and left for Tortola on 20 January 2009. The suspect WALWYN also stated this earlier. In addition, S. SIVANANTHAM mentioned TERRY in his statement and identified him in a photograph

TERRY WILLIAMS was arrested on 3 June 2009

Further investigation:

Interview with witness J.J.COBITE ("FLASH"):

WALWYN previously stated that he heard about the disaster in FLASH's shop in Philipsburg, and that this FLASH knew more about the boat, TONY, and DIDIN. On 10 March 2009, this COBITE –FLASH is his nickname – was interrogated. He stated that he knew SAGGY. He denied knowledge of the transport of 19 January, but stated that the name DIDIN is well known among the Haitian community; she is a woman you should contact if you want to leave the island. It is said that she is involved in human smuggling. He also knows TERRY, who is a family member of SAGGY.

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W.G. Buncamper road # 33 Philipsburg, Sint Maarten N.A.
Postal address: P.O. box 432, Philipsburg, Sint Maarten N.A.
Tel. (599) 542 2243; Fax (599) 542 3907

Investigation into **NATHAN**:

Telephone tap NATHAN:

With the permission of the examining magistrate, several telephones were tapped during this investigation, including the telephone of the suspect SIVANANTHAM. It emerged that he, too, was still very actively involved in human smuggling in March and April. In addition he had a number of conversations that show he was involved in the transport of 19 January 2009.

TOR-06C

On Tuesday 31 March 2009, around 11.48am, NATHAN called NN-RAGHU. They first discussed the money RAGHU sent. Then NATHAN said it was not his car. Normally it was safe to have your own car, but the driver was **important to go over there**. It was not a problem in the place where NATHAN was. But there were **rocks in some places**. It would be impossible to go there without knowledge of these rocks. "These dogs ask for so much money", NATHAN said, "but now we have GPS." But the black people do not use it because they would have to spend 1000 rupees. If they go, they use people. They do not give money to other people. They agree on 5000 with a driver, but when he returns they only give him 1000. That is why nobody would go. Then they brought in someone else and sent him. But this person did not know the place very well. They brought someone from **DOMINICA**, and used him. He went a bit to the **North-side**, where a number of reefs are situated. When "he" went through them, the motor stalled. Then there was a crash. Five of **NATHAN's people went on that trip; two of them have become a problem**. Nowadays, many people earn there money doing this. NATHAN has two or three good people here. NATHAN says that he is the only one selecting them, no one else does. **Accidents happen everywhere; they happen in the street, over there, here... just walking, taking down planes...** Sometimes our names are linked to this, NATHAN says. NATHAN has been here for the past two weeks to tidy up a little. Then he wants to quit and get away from here.

Arrest of SRIBASKARAN SIVANANTHAM (NATHAN):

SRIBASKARAN SIVANANTHAM was arrested on 15 April 2009.

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W.G. Buncamper road # 33 Philipsburg, Sint Maarten N.A
Postal address: P.O. box 452, Philipsburg, Sint Maarten N.A
Tel. (599) 542 2245, Fax. (599) 542 3907

INTERROGATIONS OF SUSPECTS:

Interrogations of SAGGY WALWYN

Second interrogation of WALWYN (V01-02)

On 17 February 2009 at about 8:35am, WALWYN was interrogated as a suspect. He stated that he had heard that RAYMOND REGGI, a.k.a. TONY, was responsible for the journey with the AJADA to Tortola. The name of his girlfriend was DIDIN and she was also involved in human smuggling. WALWYN knows them both. WALWYN heard of the boating accident one or two days after it had happened. He heard this from an Indian man named NATHAN. This NATHAN was involved in human smuggling.

Sixth interrogation of WALWYN (V01-06)

On 27 February 2009, at around 10:00am, WALWYN was interrogated as a suspect. He was confronted with his address book, which had been found during the search of his house. He stated that TERRANCE or TERRY MAYNARD is the same person as TALLBOY and SHORTIE. On 20 January 2009, TERRY and his son flew to Tortola. Until then, they had stayed at WALWYN's house. He stated that the users of telephone number 5547924 were TONY and DIDIN. In March 2008, a man named LARRY THOUSSAINT had taken the boat AJADA from Tortola to Sint Maarten. This LARRY is currently serving a prison sentence on Tortola in connection with a drugs case. WALWYN does not know anyone called JOE.

Seventh interview with WALWYN

On 10 March 2009, at around 10:30am, WALWYN was interrogated as a suspect. He stated that TONY (RAYMOND REGISTE) is the actual owner of the AJADA. TERRY refurbished the AJADA. To this end, TERRY used a polishing machine that was stored at WALWYN's house.

Eighth interrogation of WALWYN

On 24 March 2009, at around 10:30am, WALWYN was interrogated as a witness. He stated that the boat arrived on Sint Maarten in September 2008. He suspected that the boat was stolen. When he went to have a look at the boat, HILARY TOUSSAINT and TERRY WILLIAMS were there as well. TERRY and HILARY went to the boat together to repair it. The way WALWYN sees it, there was a circle consisting of TONY, DIDIN, HILARY, and TERRY, who were all connected to that boat.

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W.G. Buncamper road # 33 Philipsburg, Sint Maarten N.A.
Postal address: P.O. box 452, Philipsburg, Sint Maarten N.A.
Tel. (599) 542 2243, Fax (599) 542 3960

### Interrogations of the suspect SRIBASKARAN SIVANANTHAM:

#### First interrogation of SIVANANTHAM.

On 15 April 2009, at about 10.00am, SIVANANTHAM (NATHAN) was interrogated as a witness. He stated that he was not involved in human smuggling, but that he only helped people. He does not earn any money doing that. From November 2008 through 23 January 2009 he was staying on Sint Maarten. In December 2008 he had bought a fishing boat named "North Star" for 30,000 dollars. This money came from his family in Canada and Sri Lanka. A Haitian named JOE helped him buy this boat. A few days before the accident near Tortola, a man named TERRY said that he was going to ST. Thomas by boat and that the Sri Lankans at NATHAN's Sea Breeze Hotel could come with him. These people supposedly paid TERRY 2000 dollars each. There were five people that were to be transported. Initially, the transport was to take place on Sunday, but as TERRY did not have people to carry out the transport, it took place the next day. NATHAN showed one of these five Sri Lankans the place where the boat was going to depart from. He later learned through the media that the boat had sunk near Tortola. On 23 January he left for Sri Lanka, but he returned to Sint Maarten because of the "North Star", which he wanted to sell. He was shown a number of photographs in which he identified SAGGY (WALWYN) as someone he had, at times, seen at TERRY's; in particular on the day TERRY showed him the boat (AJADA). He recognized TERRY (WILLIAMS) and also the three Sri Lankans who survived the journey.

#### Second interrogation of SIVANANTHAM.

On 16 April 2009, at around 10:45am, SIVANANTHAM was interrogated as a suspect. He stated to have paid TERRY and TONY 10,000 dollars for the transport of fourteen illegal Sri Lankans who were staying at Montserrat at that time. TERRY would take these people to Sint Maarten. TERRY would subsequently take these people to St. Thomas. This transport was aborted. According NATHAN, TERRY then picked up five Sri Lankan men on 19 January. These men were to be transported by TERRY from Sint Maarten to St. Thomas.

#### Third interrogation of SIVANANTHAM.

On 20 April 2009, at about 1:30pm, SIVANANTHAM was interrogated as a suspect. He stated that he organized the journey of the group of five Sri Lankan men who were in the accident with the AJADA on 19 January 2009. They had gone from Sri Lanka to Cuba, and then continued to St. Vincent. They were taken to Sint Maarten by a man named GARVIN.

#### Fifth interrogation of SIVANANTHAM.

On 22 April 2009, at about 14.15pm, SIVANANTHAM was interrogated as a witness. He stated that TERRY had told him that he (TERRY) was the owner of the boat (AJADA). NATHAN has not had any dealings with SAGGY WALWYN, and does not know what role he played.

### Interrogations of the suspect WILLIAMS:

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W. G. Buncamper road # 33 Philipsburg, Sint Maarten N.A.
Postal address: P.O. box 432, Philipsburg, Sint Maarten N.A.
Tel.: (599) 542 2243. Fax: (599) 542 3907

First interrogation of WILLIAM'S:

On 3 June 2009, at about 12.30pm, WILLIAMS was interrogated as a suspect. He stated that he himself had only done the maintenance of the boat AJADA, and was not involved in the human smuggling activities. He did, however, know RAYMOND and MEDELINE REGISTE and also SAGGY WALWYN and NATHAN. He knew that the AJADA would initially be sailed to St Thomas by a man named TONY, and that this TONY had already been paid by RAYMOND, but that TONY abandoned the trip nevertheless. Subsequently, two people came from Dominica to Sint Maarten, and were picked up from the airport by RAYMOND and MEDELINE. He knew that one of them was called Alfred or Albert.

Second interrogation of WILLIAMS:

On 4 June 2009, at about 12.00 noon, WILLIAMS was interrogated as a suspect. He stated that RAYMOND REGISTE had bought him tickets to "watch his back" while RAYMOND was doing a job on Sint Maarten. According to WILLIAMS he was also to receive 800 dollars. RAYMOND and MEDELINE REGISTE were the organizers of the transport.

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W.G. Buncamper road # 33 Philipsburg, Sint Maarten N.A.
Postal address: P.O. box 432 Philipsburg, Sint Maarten N.A.
Tel.: (599) 542 2243; Fax: (599) 542 3907

THE REQUEST:

In the interest of the ongoing investigation your assistance is requested in the following

In light of the above, we request the arrest of the suspects mentioned below.

Raymond REGISTE, born on 22 July 1973 in the US Virgin Islands, living at 23 Freidendahl St Thomas, American Virgin Islands;

Medelin REGISTE-VAL, born on 3 December 1974, living at 23 Freidendahl, St Thomas, American Virgin Islands.

In light of the above, and to obtain the necessary evidence, it will be essential that the residence of said suspects searched and that the relevant objects that may be related to the crimes committed are seized, at the following address:

> 23 Freidendahl St Thomas, American Virgin Islands, being the residence of the suspects Raymond Registe and Medelin Registe-Val

The items that need to be searched for in particular are telephones, data carriers, and written documents that are connected with the human smuggling activities of 19 January 2009, the boat that was used for this and other human smuggling transports.

Many thanks in advance for your cooperation in the execution of this request.

Yours sincerely and with kind regards,
The Public Prosecutor.

M.L.P R dderbeks

Please include our reference and the subject mentioned in this letter on all your correspondence
Visiting address: W. G. Buncamper road = 33 Philipsburg, Sint Maarten N.A.
Postal address: P.O. box 432 Philipsburg, Sint Maarten N.A.
Tel (599) 542 2243 Fax (599) 542 3902

### Penalization

**Article 203a.[1]**

1.  Any person who, with a view to material gain, assists another person in gaining entry to, residing in, or departing from the Netherlands Antilles, or who, with a view to material gain, affords him opportunity, means or information for this purpose, while knowing or having good reason to suppose that this entry or residence is unlawful, shall be liable to a term of imprisonment not exceeding four years or a fine not exceeding NAF. 75,000.--

2.  A person who, with a view to material gain for himself or another party, either directly or indirectly assists a person in gaining entry to, or residing in a country not being the Netherlands Antilles, using the Netherlands Antilles as a place of transit, while knowing or having good reason to suppose that this entry or residence is unlawful, shall be punishable for human smuggling and liable to a term of imprisonment not exceeding four years or a fine not exceeding NAF. 75,000.--

3.  If the offence is committed in the exercise of the offender's profession or office, the offender is liable to a term of imprisonment not exceeding six years, or a fine not exceeding NAF. 100,000.00, and may be disqualified from pursuing the profession or holding the office, and the court may order that its sentence be published

4.  If the offence has been committed by a person who has made an occupation or habit of committing this offence, or if the offence has been committed by more than one person, a term of imprisonment not exceeding eight years may be imposed

**Art. 300**
Any person who intentionally takes another person's life shall be guilty of manslaughter and liable to life imprisonment or to a determinate term of imprisonment not exceeding twenty four years

---

[1] Added to on Ev. 2003, n5.

Please include our reference and the subject mentioned in this letter in all your correspondence
Visiting address: W.G. Buncamper road # 33 Philipsburg, Sint Maarten N.A.
Postal address: P.O. box 432, Philipsburg, Sint Maarten N.A.
Tel : (599) 542 2243; Fax: (599) 542 3907

**CIVIL COVER SHEET**

^JS 44 (Rev. 11/04)

FILED by ___ D.C.
ELECTRONIC

**Oct. 5, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as re[quired] by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of [Court for the purpose of initiating] the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

IN THE MATTER OF: THE EXTRADITION OF RAYMOND REGISTE AND MEDELINE REGISTE-VAL TO THE NETHERLANDS ANTILLES

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Robert Waters, Assistant United States Attorney, 500 S. Australian Avenue, Suite 400, West Palm Beach, FL 33401-6235, (561) 209-1055

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ DADE   ☐ MONROE   ☐ BROWARD   ☒ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question (U.S. Government Not a Party)

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

In the Matter of: The Extradition of Raymond Registe and his wife, Medeline Registe-Val

LENGTH OF TRIAL via _0_ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE 10/6/09

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____