UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

## 09-81473-MC-HOPKINS

IN THE MATTER OF:

THE EXTRADITION OF
RAYMOND REGISTE and
MEDELINE REGISTE-VAL
TO THE NETHERLANDS
ANTILLES

_____/

### CIVIL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  \_\_\_\_\_ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  \_\_\_\_\_ Yes  __X__ No

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

BY: _/s/ Robert H. Waters_

Robert H. Waters, Jr.
Assistant United States Attorney
Florida Bar No. 365483
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401-6235
Tel: (561) 209-1036
Fax: (561) 820-8777
Email: Robert.Waters@usdoj.gov